

48 Wall Street, Suite 1100
New York, NY 10005

Phillip C. Hamilton
Managing Partner
Hamilton@HCLLPLaw.com

Tel: 212-729-0952
www.HCLLPLaw.com

July 22, 2026

<u>VIA ECF</u>

Hon. Philip M. Halpern, U.S.D.J.
United States District Court
Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building and Courthouse
300 Quarropas Street, Room 530
White Plains, New York 10601

**Re: Hudson Double v. Vassar College, 7:25-cv-10512-PMH**

Dear Judge Halpern:

Plaintiff respectfully submits this letter-motion, pursuant to Your Honor's Individual Practices, to request an adjournment of the initial conference presently scheduled for July 30, 2026, and the corresponding deadline to submit the proposed Civil Case Discovery Plan and Scheduling Order, currently due July 23, 2026.

The parties conducted their Rule 26(f) conference yesterday, which was productive and allowed counsel to begin working through the principal issues that will inform the proposed Civil Case Discovery Plan and Scheduling Order. That conference also revealed several scheduling conflicts and periods of unavailability for counsel during the month of August that would make the current initial conference date, and the existing CMP submission deadline, less conducive to efficient case management than a brief adjournment would be. The parties therefore believe that adjourning the initial conference until shortly after Labor Day will permit them to continue working through the case-management issues and move the case forward more efficiently once the discovery schedule is entered. Accordingly, Plaintiff respectfully requests that the initial conference be adjourned from July 30, 2026 to a date on or after September 8, 2026, at the Court's convenience. Plaintiff further requests that the parties' deadline to submit the proposed Civil Case Discovery Plan and Scheduling Order be adjourned to one week before the rescheduled initial conference, consistent with the Court's Individual Practices.

This is Plaintiff's first request for an adjournment of the initial conference and corresponding CMP deadline. Defendant consents to this request. The parties remain prepared to proceed with discovery promptly following entry of the Civil Case Discovery Plan and Scheduling Order. We thank the Court for its consideration.

Respectfully submitted,

*Phillip C. Hamilton*

Phillip C. Hamilton, Esq.